**D. Sidney POTTER, Plaintiff–Appellant,**

v.

**SUNTRUST BANK; Randstad US, L.P.; William Rogers; Linda Galipeau; Christine Miles; Reginald Ford; Margaret Slaughter; Charmaine Surgeon; Julie Hardy, Defendants–Appellees.**

No. 14–2273.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 25, 2015.

Decided: March 3, 2015.

D. Sidney Potter, Appellant Pro Se. Nancy S. Lester, Ogletree Deakins Nash Smoak & Stewart, PC, Richmond, Virginia, for Appellees.

Before NIEMEYER, KING, and THACKER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

D. Sidney Potter seeks to appeal the district court's order dismissing some, but not all, claims in his employment discrimination action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528

(1949). The order Potter seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*